**BARSHAY SANDERS, PLLC**
Craig B. Sanders, Esq. (Cal Bar 284397)
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 282-7878

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Farrington, <br><br> Plaintiff, <br><br> -against- <br><br> Breitbart News Network, LLC, <br><br> Defendant. | **Case No. 2:21-cv-04411-SVW-DFM** <br><br> **NOTICE OF SETTLEMENT** <br><br> Judge: Douglas F. McCormick and Stephen Victor Wilson <br> Complaint Filed: |

//
//
//
//
//
//
//
//

Case No. 2:21-cv-04411-SVW-DFM

NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that William Farrington ("Plaintiff") hereby notifies the Court that it has settled all claims between Plaintiff and Defendant in this matter and is in the process of documenting the settlement. Plaintiff anticipates filing a dismissal with prejudice within 45 days.

DATED: June 30, 2021

**BARSHAY SANDERS, PLLC**

By: */s Craig B. Sanders*
Craig B. Sanders, Esq. (Cal Bar 284397)
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Email: csanders@sanderslawpllc.com
*Attorneys for Plaintiff*

Case No. 2:21-cv-04411-SVW-DFM

NOTICE OF SETTLEMENT